```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                   MJ NO. 25-609(DSD)
```

United States of America,

        Plaintiff,

v.                                    **ORDER**

Mustaf Abdullah Farah,

        Defendant.

This matter is before the court on the objection by defendant to the September 25, 2025, order of Magistrate Judge Jon T. Huseby granting the government's motion for pretrial detention. Defendant argues that the magistrate judge erred in issuing in the order based on the evidence and the law. He does not specify the basis for his objection.

The district court will modify or set aside a magistrate judge's order on a nondispositive issue only if it is clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); D. Minn. L.R. 72.2(a). This is an "extremely deferential" standard. <u>Reko v. Creative Promotions, Inc.</u>, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999). "A finding is clearly erroneous when although there is evidence to support it, the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been committed." <u>Chakales</u>

v. Comm'r of Internal Revenue, 79 F.3d 726, 728 (8th Cir. 1995) (citations and internal quotation marks omitted). "A decision is contrary to law when it fails to apply or misapplies relevant statutes, case law or rules of procedure." Knutson v. Blue Cross & Blue Shield of Minn., 254 F.R.D. 553, 556 (D. Minn. 2008) (citations and internal quotation marks omitted).

The court finds no basis on which to overturn the magistrate judge's thoughtful, practical, and well-reasoned decision.

Accordingly, based on the above, **IT IS HEREBY ORDERED** that the objection [ECF No. 13] to the magistrate judge's order is overruled.

Dated: October 1, 2025

s/David S. Doty<br>
David S. Doty, Judge<br>
United States District Court